```
                              FILED
                          OCT 15 2015
                    CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                  BY                     DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>RAYMUNDO NAVARRETTE,<br><br>        Defendant. | Case No. 15cr2630-CAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 215 – Bank Bribery |

The United States Attorney charges:

COUNT 1

In and around 2010 through 2013, in the Southern District of California, defendant RAYMUNDO NAVARRETTE, as an officer, employee, and agent of a financial institution, corruptly solicited and demanded for the benefit of himself, and corruptly accepted and agreed to accept, anything of value, in that NAVARRETTE agreed to accept monetary compensation and other things of value exceeding $1,000, in exchange for impeding Citibank, N.A.'s obligations under Title 31, United States Code, with the intent to be influenced and rewarded in connection with the business of such institution, all in violation of Title 18, United States Code, Section 215.

DATED: October 15, 2015

                                  LAURA E. DUFFY
                                  United States Attorney

                                  s/ Daniel C. Silva
                                  Daniel C. Silva
                                  Assistant U.S. Attorney